COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| | § | |
| Texas Tech University Health Sciences Center, | § | No. 08-16-00227-CV |
| | § | Appeal from the |
| Appellant, | § | 168th Judicial Court |
| v. | § | of El Paso County, Texas |
| Gloria Lozano, | § | (TC# 2014DCV1772) |
| Appellee. | § | |
| | § | |

## O R D E R

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **January 7, 2017**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Alfonso L. Melendez, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before January 7, 2017.

IT IS SO ORDERED this 15th day of December, 2016.


PER CURIAM


Before McClure, C.J., Rodriguez, and Hughes, JJ.